■ Selective Insurance Company of America et al., Respondents-Appellants, v County of Rensselaer, Appellant-

Respondent. [979 NYS2d 550]—

Peters, P.J., Rose, McCarthy and Garry, JJ., concur. Ordered that the order is affirmed, without costs.